# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☑ LA  ☐ RS  ☐ SA   DATE FILED: 10/21/2025 |
| | CASE NUMBER: 2:25-MJ-06539-DUTY  ☐ Under Seal |
| v. | INIT. APP. DATE: 10/27/2025   TIME: 1:30 PM |
| Carlitos Ricardo Parias | CHARGING DOC: Complaint & Warrant |
| | DEFENDANT STATUS: In Custody |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| DEFENDANT. | VIOLATION: 18:111 |
| | COURTSMART/REPORTER: 10-27-25 |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Jacqueline Chooljian | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:** Kerri Hays (Deputy Clerk)    Christopher Jones (Assistant U.S. Attorney)    Spanish F. Javier Villalobos (Interpreter / Language)

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☑ Attorney: Gabriela Rivera   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
Ordered (see separate order) ☐ Special appearance by: _____
☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
☐ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☑ Preliminary Hearing set for 11-10-25 at 11:30 AM in Los Angeles
☑ Post-Indictment Arraignment set for 11-17-25 at 11:30 AM in Los Angeles
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____   By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☑ Case continued to (Date) 10-31-25 (Time) 10:00 ☑ AM / ☐ PM
☐ Type of Hearing: Detention Hearing   Before Judge Chooljian /Duty Magistrate Judge.
Proceedings will be held in the ☑ Duty Courtroom 640  ☐ Judge's Courtroom
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☑ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____ ).
☐ Other:

RECEIVED: ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10   ☐ READY   Deputy Clerk Initials KH
: 13

M-5 (10/23)    CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1