

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-06539 |
| Carlitos Ricardo Parias, | ORDER OF TEMPORARY DETENTION |
| | PENDING HEARING PURSUANT |
| DEFENDANT(S). | TO BAIL REFORM ACT |

Upon motion of __the Defendant__, IT IS ORDERED that a detention hearing is set for __10/31/2025__, ____, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __J. Chooljian__, in Courtroom __640__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __10/27/2025__

U.S. District Judge/Magistrate Judge