**FILED**
CLERK, U.S. DISTRICT COURT
11/4/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_RYO\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>CARLITOS RICARDO PARIAS,<br><br>          Defendant. | CR 2:25-cr-00904-FMO<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 111(a)(1), (b): Assault on Federal Officer Using a Deadly or Dangerous Weapon; 18 U.S.C. § 1361: Depredation of Government Property] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 111(a)(1), (b)]

On or about October 21, 2025, in Los Angeles County, within the Central District of California, defendant CARLITOS RICARDO PARIAS intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim J.B., an employee of the United States Marshals Service, while he was engaged in, and on account of, the performance of his official duties, and in doing so, used a deadly and dangerous weapon, namely, a car.

COUNT TWO

[18 U.S.C. § 1361]

On or about October 21, 2025, in Los Angeles County, within the Central District of California, defendant CARLITOS RICARDO PARIAS willfully injured and committed a depredation against property of the United States, namely, a 2020 Dodge Durango used by the Department of Homeland Security, causing damage in excess of $1,000.00.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

KALI M. YALLOURAKIS
Assistant United States Attorney
General Crimes Section