UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. **2:25-cr-00904-FMO**                                         Date: **11/17/2025**

Present: The Honorable: **Brianna Fuller Mircheff, United States Magistrate Judge**

Interpreter **Dolores Aguirre**                                         Language **Spanish**

| Christianna Howard | CS 11/17/2025 | Jun Nam |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✔ Present   **In Custody**           Attorneys for Defendants:   ✔ Present   **DFPD**

**Carlitos Ricardo Parias**                                         **Cuauhtemoc Ortega, S/A Claire M. Kennedy**

**Proceedings: Arraignment of Defendant and/or**     ✔ Assignment of Case     Appointment of Counsel
                                                    Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Dolores Aguirre; Language: Spanish
* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Fernando M. Olguin.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 12/30/2025 8:45 AM
* Abstract of court proceedings issued.
* Judge Olguin is located in 6D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA         PSAED         PSASA             Initial Appearance/Appointment of Counsel: 00 : 00
      ✔ USMLA       USMED         USMSA             Arrangement: 00 : 05
      Statistics Clerk              ✔ Interpreter
      CJA Supervising Attorney      Fiscal          Initials of Deputy Clerk: CH by TRB

CR-11A                           Criminal Minutes – Arraignment                           Page 1