1  BILAL A. ESSAYLI
   First Assistant United States Attorney
2  ALEXANDER B. SCHWAB
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   CHRISTOPHER R. JONES (Cal. Bar No. 343374)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-7383
7       Facsimile: (213) 894-0141
        E-mail:   christopher.jones4@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 2:25-cr-00904-FMO

13           Plaintiff,                DECLARATION OF ASSISTANT UNITED
                                       STATES ATTORNEY CHRISTOPHER R.
14           v.                        JONES

15  CARLITOS RICARDO PARIAS,

16           Defendant.

17

18      Plaintiff United States of America, by and through its counsel

19  of record, the First Assistant United States Attorney for the Central

20  District of California and Assistant United States Attorney

21  Christopher R. Jones, hereby submits the following declaration under

22  penalty of perjury in compliance with the Court's November 21, 2025

23  Order (Dkt. 29 ("the Order")) detailing the activities that the

24  government has taken between the defendant's initial appearance on

25  October 27, 2025, and the Court's Order on November 21, 2025, to seek

26  //

27  //

28

1  a hearing on the government's application for review of the

2  Magistrate Judge's October 31, 2025 order granting defendant bond.

3

4   Dated: November 24, 2025          Respectfully submitted,

5                                      BILAL A. ESSAYLI
                                       First Assistant United States
6                                      Attorney

7                                      ALEXANDER B. SCHWAB
                                       Assistant United States Attorney
8                                      Acting Chief, Criminal Division

9
                                             /s/
10                                     _____
                                       CHRISTOPHER R. JONES
11                                     Assistant United States Attorney

12                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF CHRISTOPHER R. JONES

I, Christopher R. Jones, declare as follows:

1.    I am an Assistant United States Attorney at the U.S. Attorney's Office for the Central District of California assigned to the above-captioned matter.

**Timeline of Initial Appearance and Appeal**

2.    On October 27, 2025, I handled defendant's initial appearance on the criminal complaint charging him with violating 18 U.S.C. § 111(a), during which the government moved for pretrial detention.  (Dkt. 3, 6.)  At defense counsel's request, the hearing was continued to Friday, October 31, 2025, which I also handled. (Dkt. 10.)

3.    On October 31, 2025, the Honorable Jacqueline Chooljian, United States Magistrate Judge, ordered the defendant be released on bond, contingent on satisfaction of the following conditions, among others: (1) the posting of a $5,000 cash payment by defendant; and (2) the filing of two unsecured affidavits of sureties, each for $5,000.  (Dkt. 13.)[1]  At the hearing, the government requested a stay of the ruling pending an application for review, which the court denied.  Defendant did not seek an appeal.

4.    The same day as the detention hearing, the government filed an application seeking review of the order denying the government's request for detention.  (Dkt. 12 ("Application for Review").)

5.    On November 4, 2025, at 10:13 a.m., the Chambers of the Honorable Fernando L. Aenlle-Rocha, United States District Judge, in

---

[1] As of this filing, I do not believe that defendant has satisfied the bond terms as set by the Magistrate Judge, because he has not posted a cash deposit of $5,000.

1

his capacity as the duty district judge, sent an email to government and defense counsel to set the hearing on the government's Application for Review for November 6, 2025.  The corresponding minute order also stayed the Magistrate Judge's bond order pending resolution of the government's application.  (Dkt. 20.)

6.   Also on November 4, 2025, an indictment was returned against defendant, charging him with violations of 18 U.S.C. § 111(a)(1), (b) and 18 U.S.C. § 1361, which was assigned to the Honorable Fernando M. Olguin, United States District Judge.

7.   On November 6, 2025, I emailed a conformed copy of the indictment -- which had not yet appeared on PACER -- to the Chambers of Judge Aenlle-Rocha and defense counsel before the hearing on the government's Application for Review.  At the hearing, Judge Aenlle-Rocha concluded that because the case had been assigned to Judge Olguin, that Judge Olguin should rule on the Application for Review. Judge Aenlle-Rocha also ruled that his November 4, 2025 stay of Magistrate Judge Chooljian's order would still remain in effect.[2]

**Pending Application and the Court's Order**

8.   On November 19, 2025, having not heard anything further from the Court on the government's Application for Review, I reached out to defense counsel by phone so we could jointly inquire with the Court's CRD.  Between November 19, 2025, and November 21, 2025, I exchanged emails with defense counsel about her availability and sent a draft of my proposed communication to the CRD, which I then sent on

---

[2] As of this filing, the minutes of the November 6, 2025 hearing have not been posted to the docket.  On November 21, 2025, the government inquired with the Courtroom Deputy Clerk ("CRD") for Judge Aenlle-Rocha on the status of those minutes.

1  November 21, 2025.  The parties proposed November 24, 2025, as a

2  mutually convenient date.

3      9.   Between October 31 and November 18, 2025, defense counsel

4  did not reach out to discuss the Application for Review, or the

5  conditions of bond that defendant had yet to satisfy.

6      10.  Then, on November 21, 2025, the Court issued its Order that

7  the government explain "why the government – knowing that defendant

8  was in custody – waited more than two weeks after the case was

9  assigned to the undersigned to seek review of the Magistrate Judge's

10  release order" and scheduled that hearing for December 1, 2025.

11      11.  After receiving the Court's Order, I conferred with my

12  Deputy Chief, Section Chief, and the Chief of Ethics and Post-

13  Conviction Review.  In reviewing this timeline and in hindsight,

14  because the minutes from Judge Aenlle-Rocha's November 6, 2025

15  hearing were not posted to the docket, it would have been prudent for

16  the government to notify Judge Olguin's chambers about the status of

17  the Application for Review and what had transpired before Judge

18  Aenlle-Rocha.  Following the detention hearing before Judge Aenlle-

19  Rocha, I mistakenly believed that this Court would schedule its own

20  hearing on the government's pending Application for Review at the

21  Court's convenience without further communication from the parties.

22      I declare under penalty of perjury under the laws of the United

23  States of America that the foregoing is true and correct and that

24  this declaration is executed at Los Angeles, California, on November

25  24, 2025.

26

27  _____
    CHRISTOPHER R. JONES
28  Assistant United States Attorney

3