BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CHRISTOPHER R. JONES (Cal. Bar No. 343374)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7383
     Facsimile: (213) 894-0141
     E-mail:    christopher.jones4@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00904-FMO |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF DEFENDANT'S CUSTODY STATUS AS OF NOVEMBER 24, 2025 |
| v. | |
| CARLITOS RICARDO PARIAS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Christopher R. Jones, hereby provides the following update regarding defendant's custody status per the Court's November 21, 2025 Order (Dkt. 29) and the government's notice filed that same day (Dkt. 30).

1.  On the morning of November 24, 2025, defendant was released from federal criminal custody and taken into the custody of U.S.

//

//

Immigration and Customs Enforcement, Enforcement and Removal Operations, at the federal building located at 300 N. Los Angeles Street, Los Angeles, CA 90012.

Dated: November 24, 2025          Respectfully submitted,

                                                  BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

      /s/
CHRISTOPHER R. JONES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2