BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CHRISTOPHER R. JONES (Cal. Bar No. 343374)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7383
    Facsimile: (213) 894-0141
    E-mail:    christopher.jones4@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00904-FMO |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF DEFENDANT'S CUSTODY STATUS AS OF NOVEMBER 25, 2025 |
| v. | |
| CARLITOS RICARDO PARIAS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Christopher R. Jones, hereby provides the following update to the government's prior notices (Dkt. 30, 34) regarding defendant's custody status.

1. Government counsel was informed on November 25, 2025, of the following information: After defendant was taken into the custody of U.S. Immigration and Customs Enforcement, Enforcement and

//

//

Removal Operations, on November 24, 2025, he was subsequently transferred that evening to the Adelanto ICE Processing Center.

Dated: November 25, 2025

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

    /s/
CHRISTOPHER R. JONES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA