TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CHRISTOPHER JONES (Cal. Bar No. 343374)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7383
     Facsimile: (213) 894-0141
     E-mail:    christopher.jones4@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00904-FMO |
|---|---|
| Plaintiff, | <u>SPEEDY TRIAL NOTICE</u> |
| v. | Indictment: November 4, 2025 |
| CARLITOS RICARDO PARIAS, | Pretrial Conference: December 18, 2025 at 2:00 p.m. |
| Defendant. | Trial: December 30, 2025 at 9:00 a.m. |
|  | Last Day: January 13, 2026 |

    Pursuant to the Court's order at the hearing on December 4, 2025, Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney

//

//

1 Christopher Jones calculates that, as of this date, the Speedy Trial
2 Act, 18 U.S.C § 3161, requires that the trial commence on or before
3 January 13, 2026.

 Dated: December 5, 2025                Respectfully submitted,

                                        TODD BLANCHE
                                        Deputy Attorney General

                                        BILAL A. ESSAYLI
                                        First Assistant United States
                                        Attorney

                                        ALEXANDER B. SCHWAB
                                        Assistant United States Attorney
                                        Acting Chief, Criminal Division

                                              /s/
                                        CHRISTOPHER JONES
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA