Cuauhtemoc Ortega (Bar No. 257443)
E-Mail: cuauhtemoc_ortega@fd.org
Office of the Federal Public Defender
321 East 2nd St., Los Angeles, CA 90012
Tel: 213-894-2854; Fax: 213-894-0081

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, PLAINTIFF(S) v. Carlitos Ricardo Parias, DEFENDANT(S). | CASE NUMBER: 2:25-cr-904-FMO |
|---|---|
| | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Exhibit A in Support of Ex Parte Application for Order Dismissing Case with Prejudice.

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

December 10, 2025
Date

Cuauhtemoc Ortega
Attorney Name

Carlitos Ricardo Parias
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**