**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLITOS RICARDO PARIAS,<br><br>　　　　Defendant. | Case No. 2:25-cr-00904-FMO<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE AND EXONERATING BOND** |

　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that this case is dismissed with prejudice.

　　　IT IS FURTHER ORDERED that bond in this case be exonerated.

DATED: December ___, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　United States District Judge