ORIGINAL
Filed
2025 DEC 10 PM 3: 45
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____ KM

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
(E-Mail: cuauhtemoc_ortega@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: gabriela_rivera@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
CARLITOS RICARDO PARIAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLITOS RICARDO PARIAS,<br><br>Defendant. | Case No. 2:25-cr-00904-FMO<br><br>**EXHIBIT A IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER DISMISSING CASE WITH PREJUDICE** |

Defendant Carlitos Ricardo Parias, through undersigned counsel, hereby files Exhibit A in Support of *Ex Parte* Application for Order Dismissing Case With Prejudice.

Respectfully submitted,

DATED: December 10, 2025      */s/ Cuauhtemoc Ortega*
                               _____
                               CUAUHTEMOC ORTEGA
                               Federal Public Defender
                               GABRIELA RIVERA
                               Deputy Federal Public Defender
                               Attorney for Carlitos Ricardo Parias



## PROOF OF SERVICE

I, Diana Miner, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached Exhibit A in Support of Ex Parte Application for Order Dismissing Case With Prejudice on the following individual(s) by:

[X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[ ] Faxing same via facsimile machine addressed as follows:

**Christopher Jones**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**312 N. Spring Street, Suite 1200**
**Los Angeles, CA 90012**

This proof of service is executed at Los Angeles, California, on December 10, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Diana Miner
DIANA MINER