**DECLARATION OF DEPORTATION OFFICER JOLENE VELASQUEZ**

I, Jolene Velasquez, do hereby declare and state as follows:

1. I am a Deportation Officer with Enforcement and Removal Operations of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE").

2. My work assignment is at Adelanto ICE Processing Center in Adelanto, California. I have been working at Adelanto ICE Processing Center since 08/25/24.

3. I make the following factual statements based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

4. Adelanto ICE Processing Center is an immigration detention center that detains noncitizens pending removal proceedings and/or prior to removal from the United States. Despite Adelanto ICE Processing Center being an immigration detention center, we have detainees who are criminal defendants in state and federal cases.

5. All attorneys are provided with access to their client via the protocols outlined on Adelanto ICE Processing Center's website located here https://www.ice.gov/detain/detention-facilities/adelanto-ice-processing-center as well the GEO attorney visitation policy attached hereto as Exhibit 1.

6. Attorneys may schedule appointments with their clients up to a week in advance. Attorney appointments are generally limited to a one-hour time block to allow as much access for all attorneys. In this particular case and under these specific circumstances, ICE will waive the one-hour time limit.

7. Attorneys may also walk in, and they are allowed 24 hours a day, 7 days a week, so long as an attorney has their bar card. These appointments are first come first served.

8. Adelanto ICE Processing Center will accommodate defense counsel's request to visit the defendant every day between the hours of 8 AM and 8 PM. Adelanto ICE Processing Center will permit their use of, and the defendant's access to, their

1  standard trial preparation materials, such as computers, power cords, external hard
2  drives, pens/pencils, case files, etc.
3      9.   As for paralegals and translators, they must check in with a valid
4  government ID.
5      10.  In addition to in-person visitation, attorneys and their translators may also
6  access their clients via video appointments.
7      11.  The same guidelines for in-person attorney/client visits apply to video
8  meetings and legal calls. Only legal representatives, legal assistants, and interpreters will
9  be allowed.
10     I declare under penalty of perjury that the foregoing is true and correct.
11     Executed this 11 day of December, 2025, at Adelanto, California.

JOLENE VELASQUEZ