# EXHIBIT 9

| | |
|---|---|
| **From:** | DVFEROResponse@ice.dhs.gov |
| **To:** | Diana Miner; #APCERO501-999, |
| **Subject:** | RE: Request for Authorization for VTC Legal Visit – Carlitos Ricardo Parias, A# 246-059-603 |
| **Date:** | Tuesday, December 16, 2025 9:24:17 AM |

You don't often get email from dvferoresponseice.dhs.gov@ice.dhs.gov. Learn why this is important

Good morning,

There has been an influx of attorney visits, which has caused scheduling to be pushed back and wait times to become longer. The GEO scheduling team is doing their best to try to accommodate everyone. So, there is a high possibility that this visit will not be scheduled in time, I will inform the scheduling team to see if anything can be done. I have provided Attorney visit scheduling Information below call to set up an appointment and the scheduling team will get back to you as soon as they can.

### *ATTORNEY INFORMATION:*

- **DIRECT ATTORNEY LINE:** (760) 561-6208
- **FACILITY DAYS AND HOURS OF OPERATION:** 7 days a week, Open 24hrs (including weekends & holidays).
- **APPOINTMENT DEPARTMENT DAYS AND HOURS:** Monday-Friday, 8:00am – 5:00pm (Closed on federal holidays).
- **SCHEDULING:** (Times and days you can schedule for).
    - **Legal Calls:** Open 7 days a week / 8:00AM - 4:00PM Pacific Time
    - **In Person Legal Visits:** can be scheduled to take place 7-days a week, any day (Disclaimer: May be delayed during count time).
        - **Adelanto EAST is not equipped for VAV and can only facilitate PHONE OR IN PERSON APPOINTMENTS**
- ALL appointments may be made up to **FOURTEEN (14) DAYS** in advance, not including the day of scheduling. Please have your client(s)' A number, no appointment will be made without it. Attorneys are not limited on how many appointments they can request in a day, if they have multiple clients. However, attorneys may only schedule **ONE** 60-minute appointment with each client in a single day. **BE SURE TO CONFIRM THE APPOINTMENT OR YOU WILL NOT BE SCHEDULED.**
- **COUNT TIME:** Between the hours of 10:00AM – 11:00AM and 5:00PM – 6:00PM, it is unavailable for scheduling **EVERYDAY.** If you schedule before count time begins, your appointment may proceed throughout count without interruption. Delayed count may cause delayed or rescheduled appointments.
- **WALK-INS:** Walk-ins are allowed at any time, EXCLUDING COUNT TIME, attorneys must have their bar card (physical card, copy, or photo) to show active status. Translators, legal assistants, law students and paralegals **MUST** receive clearance through ICE. Please note, coming during count time means you'll need to wait until it clears to see your client.

- <u>*Same day appointments are NOT allowed.*</u>
- **<u>Appointments are first come, first serve.</u>**
- **<u>VIDEO APPOINTMENTS:</u>** Schedules and video links are always sent out the day before by 3:00PM, so please send your video link the day your appointment is confirmed to avoid delays or your appointment turning into a phone call.

Respectfully,

**D. Riley**
Deportation Officer
Los Angeles Field Office, Adelanto ICE Processing Center
**U.S. Immigration & Customs Enforcement**
**Enforcement & Removal Operations**
Phone: *(760) 561-6100*

---

**From:** Diana Miner <Diana_Miner@fd.org>
**Sent:** Monday, December 15, 2025 3:01 PM
**To:** #APCERO501-999, <apcero501-999@ice.dhs.gov>
**Subject:** FW: Request for Authorization for VTC Legal Visit – Carlitos Ricardo Parias, A# 246-059-603

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

---

**From:** Diana Miner
**Sent:** Friday, December 12, 2025 2:16 PM
**To:** apcero000-50@ice.dhs.gov
**Cc:** Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Gabriela Rivera <Gabriela_Rivera@fd.org>
**Subject:** Request for Authorization for VTC Legal Visit – Carlitos Ricardo Parias, A# 246-059-603

I am writing to request authorization to conduct a VTC legal visit with ICE detainee Carlitos Ricard Parias, A# 246-059-603.

Federal Public Defender Mr. Cuauhtemoc Ortega and Deputy Federal Public Defender Ms. Gabriela Rivera are appointed to represent Mr. Parias in a pending criminal matter in the Central District of California. We have a hearing scheduled for next week and must speak with Mr. Parias. When attempting to schedule a VTC visit, we were informed that

prior authorization from your office is required. Is this correct? Given the upcoming hearing, this request is time sensitive.

The criminal case information is as follows: United States of America v. Carlitos Ricard Parias, Case No. 2:25-cr-904-FMO.

Attached please find the minute order confirming Ms. Rivera's appointment, as well as Mr. Ortega's Notice of Appearance.

Please let me know if any additional information or documentation is needed to facilitate approval of this VTC legal visit. We appreciate your prompt attention to this matter.

Thank you.

Sincerely,

Diana Miner



**Diana Miner**

**Executive Assistant to Cuauhtemoc Ortega**
**Office of the Federal Public Defender**
**Central District of California**

321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**O:** 213.894.2997 | **F:** 213.894.0081 | **M:** 213.894.2854 | **C:** 213.435.7074

CONFIDENTIALITY NOTE:

This email, and any attachment(s) accompanying it, contain(s) confidential and privileged information from the Office of the Federal Public Defender. The information therein is intended only for the use of the individual(s) and/or entity(ies) named in this e-mail. If you are not the intended recipient, be aware that any disclosure of this information is prohibited. If you have received this e-mail in error, please notify me immediately by reply e-mail.