CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
CARLITOS RICARDO PARIAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLITOS RICARDO PARIAS,<br><br>Defendant. | Case No. 2:25-cr-00904-FMO<br><br>**DEFENSE STATUS REPORT REGARDING TRIAL; DECLARATION OF COUNSEL** |

Defendant Carlitos Ricardo Parias, by and through his attorneys of record, Federal Public Defender Cuauhtemoc Ortega and Deputy Federal Public Defender Gabriela Rivera, hereby files this status report regarding trial in this matter, which is set to commence on December 30, 2025.

Respectfully submitted,

DATED: December 24, 2025      By  */s/ Gabriela Rivera*
                                    CUAUHTEMOC ORTEGA
                                    Federal Public Defender
                                    GABRIELA RIVERA
                                    Deputy Federal Public Defender
                                    Attorneys for CARLITOS RICARDO PARIAS

## DECLARATION OF GABRIELA RIVERA

1.    I am the Deputy Federal Public Defender assigned to represent Carlitos Ricardo Parias. My colleague, Federal Public Defender Cuauhtemoc Ortega, also represents Mr. Parias. I have been appointed to represent him since his initial appearance on October 27, 2025.

2.    This declaration is made to provide the Court with additional information regarding the defense's stymied efforts to prepare Mr. Parias's case for trial. Defense counsel will be prepared to address this declaration in further detail at the pretrial conference, which is scheduled to take place on December 29, 2025.

3.    Trial in this matter is currently set to commence on December 30, 2025. As memorialized in the defense's recently filed *ex parte* application to dismiss the indictment (Dkt. 54) and the reply in support of that application (Dkt. 63), the executive branch's ongoing detention of Mr. Parias has impeded the defense's ability to prepare for trial and provide Mr. Parias with adequate representation at trial. There has been no meaningful change in defense counsel's access to Mr. Parias. As of this filing, Mr. Parias remains detained at the remote Adelanto Detention Center, where he is hours away from his attorneys.

4.    Government counsel's repeated failures to comply with Court-ordered deadlines has further frustrated the defense's ability to adequately represent Mr. Parias and prepare for trial.

    a.    For example, and as addressed in a prior defense filing (Dkt. 66), the government failed to comply with the Court-ordered deadline for the government's supplemental disclosures, including the disclosure of information under *United States v. Henthorn*. Rather than comply with the deadline, the government sought an extension of the deadline long after the deadline had already passed. (Dkt. 64.)

    b.    As another example, on December 10, 2025, after the discovery cutoff, the government produced for the first time the body-worn camera footage recorded by Officer Jaime Avina, the agent who ran up to the passenger side of Mr.

1

Parias's car, smashed in his window, and then shot Mr. Parias as Mr. Parias was looking in the opposite direction. The defense has been requesting such video recordings since October 28, 2025. A report produced to the defense on December 21 indicates that the government has been in possession of that video since at least November 10--a month before it produced the video to the defense.

c.     To take another example, on December 21, government counsel produced for the first time two percipient witness reports that appear to have been created on October 21. This production occurred two months after the reports appear to have been created, weeks after the discovery cutoff, nine days before the current trial date, and only after defense counsel raised in a filing that the government had failed to provide any meaningful reports of percipient witnesses to the alleged assault (Dkt. 66).

5.     The government's delayed and incomplete discovery appears to be part of a pattern of defying this Court's deadlines.

a.     For example, although joint jury instructions were to be submitted to the Court 14 days before the pretrial conference (Dkt. 42), government counsel provided their proposed instructions to the defense for the first time on December 23.

b.     To take another example, government counsel was ordered to file a trial memorandum 7 days before the pretrial conference. The Court ordered that the trial memorandum be accompanied by a declaration from government counsel addressing the government's compliance with its discovery obligations, including *Brady*, and its efforts to comply with those obligations. (Dkt. 42.) As of this filing, the government has not filed any such declaration.

6.     The government's repeated failure to comply with Court-imposed deadlines and its discovery obligations has prejudiced the defense's ability to adequately prepare for trial. Indeed, this prejudice is compounded by the fact that the federal government continues to detain Mr. Parias in a remote detention center hours away from his legal counsel. The defense currently anticipates filing a motion to dismiss due to government misconduct. That motion may address not only the officers'

2

dangerous conduct related to the October 21 incident but also the government's interference with Mr. Parias's ability to adequately and timely prepare for trial. In short, the misconduct issues related to the prosecution of Mr. Parias have only increased rather than been resolved. For these reasons and others, the defense currently anticipates that Mr. Parias will not be prepared to proceed to trial on December 30, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed December 24, 2025 at Los Angeles, California.

*/s/ Gabriela Rivera*
GABRIELA RIVERA