**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CARLITOS RICARDO PARIAS,<br><br>   Defendant. | Case No. CR 25-00904-FMO<br><br>**JUDGMENT** |

Pursuant to the Court's Order of December 27, 2025, **IT IS ADJUDGED** that the above-captioned action is **dismissed with prejudice**.

Dated this 29th day of December, 2025.

               /s/
             Fernando M. Olguin
            United States District Judge