JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF, | CR 25-00904-FMO |
| v. | |
| CARLITOS RICARDO PARIAS, | JUDGMENT OF DISCHARGE |
| DEFENDANT. | (Fed. R. Crim. P. 32(k)(1)) |

The defendant named above is now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

- ☐ the Court has granted the motion of the government for dismissal;
- ☐ the Court has granted the motion of the defendant for a judgment of acquittal;
- ☐ a jury has been waived, and the Court has found the defendant not guilty;
- ☐ the jury has returned its verdict, finding the defendant not guilty;
- ☒ an order of dismissal has been entered by the court;
- ☐ other (*specify below*):

IT IS THEREFORE ADJUDGED that the defendant named above is hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

☒ IT IS ORDERED that the bond of the defendant is hereby exonerated.

| December 29, 2025 | *Fernando M. Olguin* |
|---|---|
| Date | United States District Judge |

**NOTICE TO U.S. MARSHAL** - This Judgment of Discharge is not a substitute for the Release Form.

CR-68 (06/18)    JUDGMENT OF DISCHARGE (Fed. R. Crim. P. 32(k)(1))