UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

CARLITOS RICARDO PARIAS,

Defendant - Appellee.

No. 25-8156

D.C. No.
2:25-cr-00904-FMO-1
Central District of California,
Los Angeles

ORDER

Before: PAEZ, OWENS, and SANCHEZ, Circuit Judges.

The parties' stipulated motion to voluntarily dismiss this appeal (Dkt. No. 38) is granted. *See* Fed. R. App. Proc. 42(b)(1). Pursuant to the stipulation, each party shall bear their own costs and fees. The filing of this order shall serve as the court's mandate.